# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:06CV29

| | |
|---|---|
| VONDA ANNICK LEWIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DVA RENAL HEALTHCARE, INC., )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. On February 22, 2007, a report of mediation was filed (Document No. 14) indicating that "the case has been completely settled."

**IT IS, THEREFORE, ORDERED** that the parties shall file a **STIPULATION OF DISMISSAL**, or in the alternative, a joint status report on or before **May 4, 2007**.

Signed: April 9, 2007

David C. Keesler
United States Magistrate Judge